Case 1:07-cv-02744-PKL Document 19 Filed 11/20/2007 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 11/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

QoS NETWORKS LIMITED, LAWRENCE DANIEL O'NEILL, JAMES VALENTINE and MICHAEL KEANE,

Plaintiffs,

-against-

WARBURG PINCUS & COMPANY, WARBURG PINCUS LLC, E.M. WARBURG, PINCUS & CO., INC., WARBURG, PINCUS EQUITY PARTNERS, L.P., WARBURG, PINCUS NETHERLANDS EQUITY PARTNERS I, C.V., WARBURG, PINCUS NETHERLANDS EQUITY PARTNERS II, C.V., WARBURG, PINCUS NETHERLANDS EQUITY PARTNERS III, C.V., ROBERTO ITALIA and ROBERT GLANVILLE,

Defendants.

---------------------------------------------------------------- X

**NOTICE OF VOLUNTARY DISMISSAL AS TO ALL REMAINING <u>DEFENDANTS</u>**

07 Civ. 2744 (PKL)

PLEASE TAKE NOTICE that plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismiss all claims asserted in the within action against defendants Warburg Pincus & Company, Warburg Pincus, LLC, E.M. Warburg, Pincus & Co., Inc., Warburg, Pincus Equity Partners, L.P., Warburg, Pincus Netherlands Equity Partners I, C.V., Warburg, Pincus Netherlands Equity Partners I I, C.V., Warburg, Pincus Netherlands Equity Partners III, C.V. and Robert Glanville, without prejudice.

Dated: New York, New York
November 20, 2007

/s/

WILLIAM A. THOMAS (WT 0116)
Attorney for Plaintiffs
89 Fifth Avenue, Suite 900
New York, New York 10003
(212) 741-8900

To: WILLKIE FARR & GALLAGHER, LLP
Attorneys for Defendants
787 Seventh Avenue
New York, New York 10022
(212) 728-8000

Defendants' motion to dismiss filed on 9/19/07 (Doc #4) and motion for sanctions filed on 10/16/07 (Doc #9) are hereby deemed MOOT.

So Ordered

Barbara S. Jones
USDJ 11/21/07
for J Leisure