USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 23 FEB 2011

WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

February 22, 2011

**VIA HAND DELIVERY**

Honorable Paul A. Crotty
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: QoS Networks Limited v. Warburg Pincus & Co., No. 07 CV 2744 (PAC)

Dear Judge Crotty:

On behalf of Defendants, I write at the direction of Mr. Marlon Ovalles to update the Court regarding Defendants' pending motion for sanctions against Plaintiff and its counsel in the above-referenced action (the "Motion").

As Mr. Ovalles was informed, the parties have reached a settlement of this and several related matters, pursuant to which Defendants agreed to withdraw the Motion, the only aspect of the above-referenced action that remains extant. Mr. Ovalles instructed us to inform the Court in writing of our request to withdraw the Motion, which Defendants do by this letter.

I have conferred with William Thomas, counsel for Plaintiff. Mr. Thomas joins in this request.

Respectfully submitted,

Dan C. Kozusko

cc (via e-mail): William A. Thomas, Esq.

MEMO ENDORSED

The Clerk of Court shall terminate #9 from ECF.

23 FEB 2011

SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE